

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2019

No. 04-19-00406-CV

Richard A. **CONTRERAS** the owner heir to Los Ojuelos Ranch, Abst.# 1393-Sur.# 592, Ind.,
Appellants

v.

Enrique **BENAVIDES,** et. al., Leroy & Lavada Jones, Jean Shell, Trust, Huisache Land &
Minerals, Ltd., Guillermo Salinas & CAAMR Invest Janice Hinds-Ind., Los Ojuelos Ranch
Partnership, Diana Peacock, Mgr., Killam Ranch Properties, Ltd.,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CV7002684-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellant filed a notice of appeal on June 18, 2019, but according to the district clerk, the clerk's record was due to be filed with this court on August 25, 2018. *See* TEX. R. APP. P. 35.1. On June 24, 2019, the Bexar County District Clerk notified this court that Appellant has not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. *See id.* R. 20.1.

If Appellant fails to respond as ordered, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2019.



KEITH E. HOTTLE,
Clerk of Court